Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Nicole E. Lovelock, Esq.
Nevada Bar No. 111887
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
nelovelock@hollandhart.com

*Attorneys for Defendant Nevada Association Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAHEEN W. AHMAD,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Defendant. | Case No. : 2:11-cv-02048-GMN-VCF<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT** |

On September 30, 2013, this Court heard oral argument on a Motion for Summary Judgment filed by Defendant Nevada Association Services, Inc. ("NAS"). Malik Ahmad, Esq. appeared on behalf of Plaintiff Shaheen W. Ahmad ("Plaintiff"). Patrick J. Reilly, Esq. appeared on behalf of Defendant NAS. After considering the pleadings and briefs of counsel:

IT IS HEREBY ORDERED that the Motion for Summary Judgment is granted as to Count Three (NRS Chapter 598 and NRS 41.600), Count Four (Declaratory Relief), Count Five (Injunctive Relief), and Count Six (Accounting).

IT IS FURTHER ORDERED that the Motion for Summary Judgment is denied as to Counts One and Two (alleging violations of the FDCPA).

/ / /

/ / /

/ / /

6458380_1.DOCX

IT IS FURTHER ORDERED that Plaintiff shall have up to and including October 30, 2013, to file an amended complaint, should she choose to do so.

**IT IS SO ORDERED** this 17th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

_____/s/ Patrick J. Reilly_____
Patrick J. Reilly, Esq.
Nicole E. Lovelock, Esq.
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

*Attorneys for Defendant Nevada Association Services, Inc.*

6458380_1.DOCX